UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------x

Michelle Kirkland, individually and on behalf of all others similarly situated,

                Plaintiff,

    -v.-

First National Collection Bureau, Inc.,

LVNV Funding LLC,

                Defendants.

---------------------------------------------------------------------------x

Civil Action No: 2:21-cv-20511

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendants in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 8, 2022

| **For Plaintiff Michelle Kirkland** | **For Defendant First National Collection Bureau, Inc. and LVNV Funding, LLC** |
|---|---|
| /s/ Yaakov Saks <br> Yaakov Saks <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> ysaks@steinsakslegal.com | /s/ Jacquelyn Alena DiCicco <br> Jacquelyn Alena DiCicco <br> J Robbin Law Pllc <br> 200 Business Park Drive Ste 103 <br> Armonk, NY 10504 <br> Ph: (914) 685-5017 <br> Jacquelyn.Dicicco@jrobbinlaw.com |

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

1

Date:  9/9/2022